IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHANIE ANN DEYOT,

    Petitioner,

v.

DUNN COUNTY, WI COURTHOUSE
and WI DEPARTMENT OF
CORRECTIONS,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-119-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition filed by Stephanie Ann Deyot for a writ of habeas corpus under 28 U.S.C. § 2254 as barred by the one-year statute of limitations under 28 U.S.C. § 2244(d)(1) and the doctrine of procedural default.

/s/                                              5/21/2018
Peter Oppeneer, Clerk of Court             Date